CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG, <br><br> Plaintiff, <br><br> v. <br><br> F & H INCORPORATED, a California Corporation; and Does 1-10, <br><br> Defendants. | **Case:** 2:20-cv-07015-AB-AGR <br><br> **Plaintiff's Notice of Voluntary Dismissal With Prejudice** <br><br> **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Nehemiah Kong, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant F & H Incorporated, a California Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 27, 2020          CENTER FOR DISABILITY ACCESS

By: ___/s/ Amanda Seabock___
Amanda Seabock
Attorneys for Plaintiff

1